NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DYKEMA GOSSETT LLP
ASHLEY R. FICKEL, State Bar No. 237111
 AFickel@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

ATTORNEY(S) FOR: Respondent Anthem Holdings (USA), Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Hawkins, as Trustee of the William H. Hawkins Revocable Trust<br><br>Plaintiff(s),<br><br>v.<br><br>Anthem Holdings (USA), Inc., a Delaware corporation, and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-09044-WLH-JPR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Respondent Anthem Holdings (USA), Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William H. Hawkins, as Trustee of the William H. Hawkins Revocable Trust | Claimant |
| Anthem Holdings (USA), Inc. | Respondent |

October 22, 2024                               /s/ Ashley R. Fickel
Date                                           Signature

Attorney of record for (or name of party appearing in pro per):

Ashley R. Fickel