RUSSELL I. GLAZER (SBN 166198)
Email: rglazer@troygould.com
SARA WATAR (SBN 341770)
Email: swatar@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Petitioner
William H. Hawkins, as Trustee of the
William H. Hawkins Revocable Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Hawkins, as Trustee of the William H. Hawkins Revocable Trust,<br><br>  Petitioner,<br><br>  v.<br><br>Anthem Holdings (USA), Inc., a Delaware corporation, and DOES 1-10, inclusive,<br><br>  Respondent. | Case No. 2:24-cv-09044-WLH-JPR<br><br>JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE; AND [PROPOSED] ORDER |

**TroyGould PC**

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

Error! Unknown document property name.-Error! Unknown document property name.  4902-0087-6297.1

# [PROPOSED]
# ORDER AND STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

Petitioner William H. Hawkins, as Trustee of the William H. Hawkins Revocable Trust ("Petitioner") and Respondent Anthem Holdings (USA), Inc., a Delaware Corporation ("Respondent") hereby jointly stipulate that the action be dismissed without prejudice.

The parties mutually request that this matter be dismissed by stipulation and all future hearing dates be vacated. Good cause exists in light of the fact the parties have entered into a Settlement Agreement and Release resolving this action.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Counsel for Plaintiffs and Defendant further stipulate that the claims and causes of action alleged against Defendants are hereby dismissed WITHOUT PREJUDICE, each of the parties to pay their own costs of the action.

Parties stipulate that this Court shall retain jurisdiction over this matter for enforcement of the settlement agreement.

**IT IS SO STIPULATED**.

Dated: December 23, 2024

RUSSELL I. GLAZER
SARA WATAR
TROYGOULD PC

By: _____
Russell I Glazer
Attorneys for Petitioner William H. Hawkins, as Trustee of the William H. Hawkins Revocable Trust

Dated: December 23, 2024

ASHLEY R. FICKEL
DYKEMA GOSSETT LLP

By: _____
Ashley R. Fickel
Attorneys for Respondent Anthem Holdings (USA), Inc., a Delaware corporation

TroyGould PC

1
JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE
Error! Unknown document property name.-Error! Unknown document property name.  4902-0087-6297.1

1  IT IS SO ORDERED.
2
3  DATED: _____, ____          _____
4                                  THE HONORABLE DANIEL S. MURPHY

**TroyGould PC**

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

**Error! Unknown document property name.**-**Error! Unknown document property name.**  4902-0087-6297.1